AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-1164

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kevin Mulhern
was received by me on *(date)* August 20, 2015.

☒ I personally served the summons on the individual at *(place)* 852 Gainsboro Rd, Drexel Hill PA 19026 on *(date)* September 1, 2015; or @ 5:45 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: September 2, 2015

45 yrs.
male
white
6'0
190#
Gray Hair
no glasses

*Server's signature*

Anthony Devels Process Server
*Printed name and title*

**Court House Legal Services Inc.**
**1420 Walnut St.**
**Suite 1218**
**Philadelphia, PA 19102**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Manny Film LLC <br> *Plaintiff(s)* <br> v. <br> Kevin Mulhern <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-1164 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    KEVIN MULHERN
    852 GAINSBORO RD.
    DREXEL HILL, PA 19026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher P. Fiore, Esq.
Fiore & Barber LLC
418 Main St., Suite 100
Harleysville, PA 19438

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     8/12/2015

*Signature of Clerk or Deputy Clerk*